IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS DALLAS DIVISION

FILED
February 25, 2021
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

JENNIFER LYNN FAITH

Criminal No: 3:21-MJ-167-BK

**ORDER**

Upon motion of the United States of America and for good cause shown,

IT IS ORDERED that the Criminal Complaint and Affidavit in Support of said Complaint filed in the above-styled case shall be unsealed.

SIGNED February 25, 2021.

_____
RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE